46 So.2d 869

### David E. WAMBLES v. STATE.
### 4 Div. 140.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Coffee County; Chas. C. Brannen, Judge.

False pretense.

J. A. Carnley, of Elba, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.